IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER MENCE,

    Plaintiff,

    v.

MATT REESEMAN AND
RICK KONKAKIPASIKI ,

    Defendants.

Case No. 19-cv-624-bbc

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the defendants dismissing this case.

| /s/ | 12/20/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |